Betty Davis et al., Individually and on Behalf of Stock-
holders of Columbia Pictures Corporation, Appel-
lants, *v.* Jack Cohn et al., Respondents, Impleaded with
Others.

Argued June 3, 1941; decided July 29, 1941.

*Joseph L. Young, Joel Mencher* and *Sidney Goldstein* for appellants.

*Louis D. Frohlich, Herman Finkelstein* and *Herbert P. Jacoby* for respondents.

Appeal dismissed, with costs, on the ground that the order of the Appellate Division directing the dismissal of these causes of action did not result in their severance and no judgment could be entered upon that order. No appeal lies directly to this court from the judgment dismissing the causes of action entered upon the order of severance of the Supreme Court. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.